NOT FOR PUBLICATION (Doc. No. 7)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | | |
|---|---|---|
| SARA FUENTES, | : | |
| Plaintiff, | : | Civil No. 14-8118 (RBK/KMW) |
| v. | : | **ORDER** |
| DR. RANEE MEHRA, M.D., et al., | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon the motion of Defendants to dismiss Plaintiff's Amended Complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) and for improper venue pursuant to Fed. R. Civ. P. 12(b)(3), or in the alternative, to transfer venue to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1406(a) or 28 U.S.C. § 1404(a) (Doc. No. 7); and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that the Clerk is directed to transfer this matter to the United States District Court, Eastern District of Pennsylvania, pursuant to 28 U.S.C. § 1406(a).

**IT IS HEREBY FURTHER ORDERED** that Defendants' motion to dismiss pursuant to Rules 12(b)(2) and 12(b)(3) is **DISMISSED AS MOOT**.

Dated: 6/15/2015
s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge